UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

**FIDELITY MORTGAGE OF KENTUCKY, INC.**
**DEBTOR**

CASE NO. 05-21278

CHAPTER 7
JUDGE HOWARD

### ORDER TO DEPOSIT FUNDS INTO REGISTRY

WHEREAS, L. Craig Kendrick, Trustee in Bankruptcy, pursuant to 11 U.S.C. §347, has moved for authorization to deposit unclaimed funds into the United States Treasury, the Court seeing no reason for delay, and in all ways sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that the Trustee is authorized to deposit $2,006.07 into the United States Treasury.

Pursuant to Local Rule 9022-1(c)
L. Craig Kendrick shall cause a copy
Of this Order to be served on each
Of the parties designated to receive this Order
Pursuant to Local Rule 9022-1(a) and shall file
With the Court a certificate of service of the
Order upon such parties within ten (10) days
Hereof.

Office of the U.S. Trustee
Ustpregion08.lx.ecf@usdoj.gov

Mr. Bryon Hyatt
2025 Larkspur Drive
Lexington, KY 40504

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Wednesday, October 08, 2008
(wsh)**