UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:

**FIDELITY MORTGAGE OF KENTUCKY, INC.**                    CASE NO. 05-21278

**DEBTOR(S)**

ORDER

The Court having considered Creditor, Bryon Hyatt's Application for Order Directing Payment of Funds [ECF No. 68], and finding the movant does not match the claimant listed on Proof of Claim number 23 filed in the record on September 14, 2005,

It is ORDERED the movant shall provide documentary evidence to explain or resolve this discrepancy within fourteen (14) days or the application shall be overruled.

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Tuesday, November 17, 2015
(tnw)